# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ODELL WRAY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHIA, | : | No. 14-5886 |
| Defendant. | : | |

## ORDER

AND NOW, this **4th** day of **February**, **2016**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, and Defendant's reply thereon, and for the reasons provided in this Court's memorandum dated February 4, 2016, it is hereby **ORDERED** that:

1. The motion (Document No. 17) is **GRANTED.**

2. All motions in limine (Documents No. 21-29) are **DENIED as moot**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**